# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MEDIA LODGE, INC.,<br><br>        Media Lodge. | Chapter 11<br><br>Case No. 20-12969 (JTD) |
| MEDIA LODGE, INC.,<br><br>        Plaintiff,<br>v.<br><br>GUNUP HOLDING, INC. D/B/A GUNUP, INC.,<br><br>        Defendant. | Adv. Pro. 21-50246 (JTD) |
| GUNUP HOLDING, INC. D/B/A GUNUP, INC.,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>MEDIA LODGE, INC.,<br><br>    Counterclaim Defendant. | |
| GUNUP HOLDING, INC. D/B/A GUNUP, INC.,<br>    Third-Party Plaintiff,<br>v.<br><br>GEMINI DIRECT, LLC,<br><br>    Third-Party Defendant. | |

**MEDIA LODGE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS
<u>AND TO DISMISS GUNUP HOLDING, INC.'S COUNTERCLAIM</u>**

Plaintiff Media Lodge, Inc. ("Media Lodge"), by and through its undersigned counsel, moves (the "Motion") (i) for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, as to its claims against GunUp Holding, Inc. d/b/a GunUp, Inc. ("GunUp"), and (ii) to dismiss the counterclaim brought against Media Lodge by GunUp pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026. In support of this Motion, Media Lodge relies upon its Memorandum of Law in Support of its Motion for Judgment on the Pleadings and to Dismiss GunUp, Inc.'s Counterclaim (the "Memorandum of Law"), filed contemporaneously with this Motion.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Media Lodge respectfully requests that this Court issue an Order granting this Motion, granting judgment on the pleadings in favor of Media Lodge, and dismissing GunUp's counterclaim against Media Lodge with prejudice, and granting such other relief as the Court deems proper and just.

Dated: June 7, 2021　　　　GELLERT SCALI BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　/s/ Michael G. Busenkell
　　　　　　　　　　　　　　Michael G. Busenkell (DE 3933)
　　　　　　　　　　　　　　Ronald S. Gellert (DE 4259)
　　　　　　　　　　　　　　Bradley P. Lehman (DE 5921)
　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　Telephone: (302) 425-5812
　　　　　　　　　　　　　　Facsimile: (302) 425-5814
　　　　　　　　　　　　　　mbusenkell@gsbblaw.com
　　　　　　　　　　　　　　rgellert@gsbblaw.com
　　　　　　　　　　　　　　blehman@gsbblaw.com